| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Laurel E. | 2. Court or Organization<br><br>Unite State Bankruptcy Court, District of Nevada | 3. Date of Report<br><br>05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court
District of Nevada
300 Las Vegas Boulevard South
Las Vegas, NV 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2014 | Fennemore Craig, P.C. - additional distribution for 2013 | $10,746.37 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northern Nevada Association of Bankruptcy Attorneys | 03/10/2014 - 03/11/2014 | Reno, NV | Non-FJC educational seminar or program | Airfaire |
| 2. | ABI CARE Program (Credit Abuse Resistance Education) | 09/11/2014 - 09/13/2014 | Irving, TX | Non-FJC educational seminar or program | Airfaire, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank #1 | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank #2 | A | Interest | J | T | | | | | |
| 3. LPL Financial Brokerage Account: (H) | | | | | | | | | |
| 4. -Insured Cash Account Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 5. -JP Morgan Chase & Co Allerian MLP | | None | | | Sold | 01/07/14 | K | | |
| 6. -Invesco American Franchise Cl A | | None | | | Sold | 03/31/14 | K | B | |
| 7. -Janus Global Life Sciences Cl T | D | Dividend | L | T | Sold (part) | 03/31/14 | K | D | |
| 8. | | | | | Sold (part) | 04/24/14 | J | C | |
| 9. | | | | | Buy (add'l) | 06/13/14 | K | | |
| 10. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 11. -Oppenheimer Global Value Cl A | | None | | | Sold | 03/06/14 | L | D | |
| 12. -Prudential Jennison Health Sciences Cl A | | None | | | Buy (add'l) | 01/07/14 | J | | |
| 13. | | | | | Sold (part) | 03/31/14 | K | D | |
| 14. | | | | | Sold | 04/07/14 | K | C | |
| 15. -SPDR Series Trust S&P Homebuilders ETF | A | Dividend | | | Sold | 03/31/14 | K | C | |
| 16. -Janus Global Bond Cl T | A | Dividend | | | Buy | 04/24/14 | J | | |
| 17. | | | | | Sold | 06/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pimco High Yield Spectrum P | B | Dividend | | | Sold | 05/21/14 | L | A | |
| 19. -Fidelity Advisors Industrials Cl A | | None | | | Sold (part) | 03/06/14 | J | A | |
| 20. | | | | | Sold | 03/14/14 | K | A | |
| 21. -Undiscovered Managers Behavioral Value Cl A | | None | | | Sold | 02/25/14 | K | A | |
| 22. -Powershares Dynamic Buyback Achievers ETF | A | Dividend | | | Buy | 01/07/14 | K | | |
| 23. | | | | | Sold | 05/20/14 | K | A | |
| 24. -JPMorgan Interpid European Cl A | | None | | | Buy | 02/25/14 | K | | |
| 25. | | | | | Sold (part) | 03/31/14 | J | | |
| 26. | | | | | Sold | 04/14/14 | K | | |
| 27. -Oppenheimer SR Floating Rate Plus Cl A | A | Dividend | | | Buy | 03/06/14 | L | | |
| 28. | | | | | Sold | 05/29/14 | L | | |
| 29. -Fidelity Advisor Biotechnology Cl A | | None | K | T | Buy | 03/14/14 | K | | |
| 30. | | | | | Sold | 03/27/14 | K | | |
| 31. | | | | | Buy | 12/18/14 | K | | |
| 32. -Fidelity Advisory Strategic Income Cl A | A | Dividend | | | Buy | 03/27/14 | K | | |
| 33. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 34. | | | | | Sold | 12/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Invesco Select Opportunities Cl A | | None | | | Buy | 03/31/14 | K | | |
| 36. | | | | | Sold | 04/24/14 | K | A | |
| 37. -Janus High Yield Cl T | A | Dividend | | | Buy | 03/31/14 | K | | |
| 38. | | | | | Sold | 06/13/14 | K | A | |
| 39. -Ishares MSCI New Zealand Capped ETF | A | Dividend | | | Buy | 03/31/14 | K | | |
| 40. | | | | | Sold (part) | 12/15/14 | K | | |
| 41. | | | | | Sold | 12/15/14 | K | | |
| 42. -Prudential High Yield Cl A | A | Dividend | | | Buy | 03/31/14 | K | | |
| 43. | | | | | Buy (add'l) | 04/07/14 | K | | |
| 44. | | | | | Sold | 06/17/14 | K | A | |
| 45. -JPMorgan High Yield Cl A | B | Dividend | | | Buy | 04/14/14 | K | | |
| 46. | | | | | Sold | 12/16/14 | K | | |
| 47. -Invesco Energy Cl A | | None | | | Buy | 04/24/14 | K | | |
| 48. | | | | | Sold | 10/08/14 | K | | |
| 49. -UBS AG Jersey E-Tracs Long Alerian MLP Infra | B | Distribution | | | Buy | 05/20/14 | K | | |
| 50. | | | | | Buy (add'l) | 10/28/14 | K | | |
| 51. | | | | | Sold (part) | 10/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/07/14 | K | | |
| 53.  -Pimco Real Estate Real Return Strategy Cl P | D | Dividend | K | T | Buy | 05/21/14 | L | | |
| 54. | | | | | Sold (part) | 06/13/14 | J | A | |
| 55. | | | | | Sold | 06/17/14 | L | A | |
| 56. | | | | | Buy | 07/28/14 | L | | |
| 57. | | | | | Sold (part) | 09/19/14 | K | | |
| 58. | | | | | Sold (part) | 09/19/14 | K | | |
| 59. | | | | | Sold | 09/25/14 | J | | |
| 60. | | | | | Buy | 10/29/14 | K | | |
| 61.  -Oppenheimer Steelpath MLP Alpha Plus Cl A | B | Distribution | | | Buy | 05/29/14 | L | | |
| 62. | | | | | Sold (part) | 10/14/14 | K | | |
| 63. | | | | | Sold | 11/14/14 | K | A | |
| 64.  -Pimco Income Cl P | A | Dividend | K | T | Buy | 06/13/14 | J | | |
| 65. | | | | | Buy (add'l) | 09/22/14 | K | | |
| 66. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 67.  -Pimco Fundamental Indexplus AR Cl P | A | Dividend | | | Buy | 06/17/14 | L | | |
| 68. | | | | | Sold | 07/28/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Prudential World Jennison Global Infra Cl A | A | Dividend | | | Buy | 06/17/14 | K | | |
| 70. | | | | | Sold | 10/08/14 | K | | |
| 71. -Pimco Trends Managed Futures Strat Cl P | | None | | | Buy | 09/22/14 | K | | |
| 72. | | | | | Sold | 10/29/14 | K | | |
| 73. -Invesco Core Plus Bond Cl A | A | Dividend | | | Buy | 10/08/14 | K | | |
| 74. | | | | | Sold | 11/04/14 | K | | |
| 75. -Oppenheimer Core Bond Cl A | A | Dividend | | | Buy | 10/14/14 | K | | |
| 76. | | | | | Sold | 12/18/14 | K | | |
| 77. -Ishares MBS ETF | | None | | | Buy | 10/15/14 | K | | |
| 78. | | | | | Sold | 10/25/14 | K | | |
| 79. -Invesco Global Health Care Cl A | C | Dividend | | | Buy | 11/04/14 | K | | |
| 80. | | | | | Sold | 12/16/14 | K | | |
| 81. -Proshares Ultra S&P 5002X ETF | | None | L | T | Buy | 11/07/14 | K | | |
| 82. | | | | | Sold | 12/15/14 | K | | |
| 83. | | | | | Buy | 12/22/14 | K | | |
| 84. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 85. -Oppenheimer Discovery Mid Cap Growth Cl A | C | Dividend | | | Buy | 11/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/15/14 | K | | |
| 87.  -Ishares Nasdaq Biotechnology ETF | | None | K | T | Buy | 12/15/14 | K | | |
| 88.  -Oppenheimer Cap APRC Cl | | None | K | T | Buy | 12/15/14 | K | | |
| 89. | | | | | Sold (part) | 12/22/14 | J | A | |
| 90.  -Sector Healthcare Select Sector SPDR ETF | A | Dividend | K | T | Buy | 12/15/14 | K | | |
| 91.  -Invesco Technology Cl A | | None | K | T | Buy | 12/16/14 | K | | |
| 92.  -Undiscovered Managers JPMorgan Realty Income Cl A | A | Dividend | K | T | Buy | 12/16/14 | K | | |
| 93.  Vanguard ReturementPlan and Trust of Fennemore Craig (H) | | | | | | | | | |
| 94.  -TRP Retirement 2020 Inv | E | Int./Div. | | | Closed | 04/08/14 | P1 | | |
| 95.  LPL Financial Retirement Account (H) | | | | | | | | | |
| 96.  -Cash | | None | J | T | Open | 04/16/14 | J | | |
| 97.  -JPMorgan Prime Money Market Funds | A | Dividend | K | T | Open | 04/16/14 | P1 | | |
| 98.  -Janus Global Bond Fd Cl T | A | Dividend | | | Buy | 05/15/14 | M | | |
| 99. | | | | | Sold | 06/20/14 | M | A | |
| 100.  -Pimco Income Cl P | D | Dividend | | | Buy | 05/15/14 | M | | |
| 101. | | | | | Buy (add'l) | 09/22/14 | L | | |
| 102. | | | | | Buy (add'l) | 09/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/11/14 | M | | |
| 104. | | | | | Sold | 12/18/14 | M | | |
| 105.  -John Hancock Emerging Markets Debt Cl A | B | Dividend | | | Buy | 05/16/14 | L | | |
| 106. | | | | | Sold | 12/11/14 | L | | |
| 107.  -Credit Suisse Nassau BRH Equal Weight MLP ENT LKD Cushing | C | Dividend | | | Buy | 05/21/14 | M | | |
| 108. | | | | | Sold | 12/11/14 | M | | |
| 109.  -Oppenheimer Real Estate Cl A | A | Dividend | | | Buy | 05/21/14 | M | | |
| 110. | | | | | Sold | 06/20/14 | M | C | |
| 111.  -Pimco Real Estate Real Return Strategy Cl P | E | Dividend | L | T | Buy | 05/21/14 | M | | |
| 112. | | | | | Sold | 06/17/14 | M | A | |
| 113. | | | | | Buy | 07/28/14 | M | | |
| 114. | | | | | Sold (part) | 09/19/14 | L | | |
| 115. | | | | | Sold (part) | 09/19/14 | L | | |
| 116. | | | | | Sold | 09/25/14 | J | | |
| 117. | | | | | Buy | 10/28/14 | L | | |
| 118.  -Pimco Fundamental Indexplus AR Cl P | A | Dividend | | | Buy | 06/17/14 | M | | |
| 119. | | | | | Sold | 07/28/14 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Ishares PHLX Semiconductor ETF | B | Dividend | M | T | Buy | 06/20/14 | M | | |
| 121. | | | | | Sold | 10/10/14 | M | | |
| 122. | | | | | Buy | 12/15/14 | M | | |
| 123.  -Janus Global Life Sciences Cl T | E | Dividend | M | T | Buy | 06/20/14 | M | | |
| 124.  -MFS Diversified Income Cl A | C | Dividend | M | T | Buy | 06/20/14 | M | | |
| 125. | | | | | Sold (part) | 12/16/14 | J | | |
| 126.  -Oppenheimer Steelpath MLP Alpha Plus Cl A | C | Dividend | | | Buy | 06/20/14 | M | | |
| 127. | | | | | Sold (part) | 10/14/14 | L | | |
| 128. | | | | | Sold | 11/14/14 | L | | |
| 129.  -Ishares Nasdaq Biotechnology ETF | A | Dividend | M | T | Buy | 06/30/14 | L | | |
| 130. | | | | | Buy (add'l) | 12/11/14 | K | | |
| 131. | | | | | Buy (add'l) | 12/11/14 | K | | |
| 132.  -Pimco Trends Managed Futures Strat Cl P | | None | | | Buy | 09/22/14 | L | | |
| 133. | | | | | Sold | 10/28/14 | L | | |
| 134.  -Ishares US Preferred Stock ETF | B | Dividend | | | Buy | 10/10/14 | M | | |
| 135. | | | | | Sold | 12/11/14 | M | A | |
| 136.  -Oppenheimer Core Bond Cl A | A | Dividend | | | Buy | 10/14/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/11/14 | L | | |
| 138. -Oppenheimer Discovery Mid Cap Growth Cl A | D | Dividend | | | Buy | 11/14/14 | L | | |
| 139. | | | | | Sold | 12/11/14 | L | | |
| 140. -John Hancock Technical Opportunities Cl A | D | Dividend | L | T | Buy | 12/11/14 | L | | |
| 141. -Oppenheimer Cap APRC Cl A | | | L | T | Buy | 12/11/14 | L | | |
| 142. | | | | | Buy (add'l) | 12/11/14 | L | | |
| 143. | | | | | Sold (part) | 12/18/14 | L | B | |
| 144. -Proshares Ultra S&P 500 2X ETF | | None | M | T | Buy | 12/11/14 | M | | |
| 145. | | | | | Sold | 12/15/14 | M | | |
| 146. | | | | | Buy | 12/22/14 | L | | |
| 147. | | | | | Buy (add'l) | 12/22/14 | L | | |
| 148. -Sector Healthcare Select Sector SPDR ETF | A | Dividend | M | T | Buy | 12/11/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Laurel E. Davis

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544